UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

v.

HECTOR DURAN,

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**07 CRIM 709**

NOTICE OF INTENT
TO FILE AN INFORMATION

07 Mag. 0611
07 Cr. _____

  Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: New York, New York
    July 27, 2007

          MICHAEL J. GARCIA
          United States Attorney

    By: _____
      Marshall A. Camp
      Assistant United States Attorney

    AGREED AND CONSENTED TO:

    By: _____
      Carlos A. Martir, Jr., Esq.
      Attorney for Hector Duran

[Stamp: Judge Hellerstein]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 7/27/07]