UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
: 
UNITED STATES OF AMERICA         :
:
    - v. -                     :     **ORDER**
:
HECTOR DURAN,                    :     07 Cr. 709 (AKH)
:
          Defendant.         :
:
- - - - - - - - - - - - - - - - x

       WHEREAS, with defendant Hector Duran's consent, his guilty plea allocution was taken before the Honorable Henry B. Pitman, United States Magistrate Judge, on October 18, 2007;

       WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty to Count One and Count Two of the Information knowingly and voluntarily, and that there is a factual basis for the guilty plea,

       IT IS ORDERED that defendant Hector Duran's guilty plea be, and hereby is, ACCEPTED.

Dated:   October 30, 2007.

                                                HONORABLE ALVIN K. HELLERSTEIN
                                                UNITED STATES DISTRICT JUDGE