*Motion denied without prejudice to renewal at sentencing*
*1-8-08*
*[signature] AKH*

**RECEIVED JAN 08 2008 CHAMBERS ALVIN K. HELLERSTEIN U.S.D.J.**

Honorable: 1/4/08

Alvin K. Hellerstein

07-Cr-00709

Re: USA v.s. Hector Duran, Case No: C1-07-0074

Dear, Judge

I'm writing to you requesting a new lawyer. Reason being my Lawyer Mr. MARTIR has failed to properly communicate with me. I have left varies messages to his cell phone, office, and I get no response. Also a visit from him to atleast speak upon my case is not an atempt by Mr. MARTIR.

I also had to do my P.S.R. with out him because he was not present. I personally feel he should have been there, but yet he does not show any interest in my case!

The officers that arrested me had given Mr. Martir my personal belongings, and since then he has not given me my personal belonging, and Three hundred and Ten dollars ($310.00).

My family is willing to receive my property, but I just get the run around by Mr. Martir.

I'm Requesting a new lawyer.

C.C. Carlos A. Martir, Jr.
Clerk. US.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/9/08