

**MARTIR & ASSOCIATES**
Attorneys at Law
305 Broadway
Suite 200
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/08
```

*Carlos A. Martir, Jr., Esq.*

Telephone: 212-227-0267
Fax:       212-227-0397

*Gary Elias, Esq.*
*Of Counsel*

January 29, 2009

**VIA FACSIMILE**
The Honorable Alvin K. Hellerstein
Judge, U.S. District Court, Souther District
U.S. Courthouse
500 Pearl Street
New York, New York 10007

*Sentencing adjourned to March 14, 2008 at 11:30 a.m.*

*1-29-08*

[signature]

**RE: United States v. Hector Duran**
    **Criminal No. 07-CR-00709**

Dear Judge Hellerstein:

The above captioned matter has been scheduled for sentencing on February 1, 2008. Unfortunately, I am scheduled for bypass surgery on January 31, 2008. I have been informed that recovery will take approximately four to five weeks. I am therefore, asking the Court, to reschedule Mr. Duran's sentencing to the second week of March 2008. I have spoken with AUSA Marshall Camp, who does not oppose this request.

If your Honor has any questions, please do not hesitate to call me.

**MEMO ENDORSED**

Very truly yours,

[signature]

CARLOS A. MARTIR, JR

cc: AUSA Marshall Camp