RECEIVED
MAR 0 4 2008
CHAMBERS OF
ALVIN K. HELLERSTEIN
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CR 709 (AKH) Filed m

UNITED STATES OF AMERICA
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

___ Civ. _____ (__) (__)

07 CR 0077 (AKH)

-against-

**APPLICATION FOR THE COURT
TO REQUEST COUNSEL**

HECTOR DURAN,   59914-054

U.S. DISTRICT COURT
FILED
FEB 2 6 2008
S.D. OF N.Y.

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/5/08

Name of applicant.   HECTOR DURAN,    59914-054

Explain why you feel you need a lawyer in this case. (Use additional paper if necessary)
I was assigned an attorney, mr. Martir, in my criminal case.

His   representation is not effective and he exhibits no interest

in my case, he have no office in New York and never visit me to

discuss my case.
Explain what steps you have taken to find an attorney and with what results. (Use additional paper
if necessary)
I am indigent and have no money to afford an attorney.

4.    If you need a lawyer who speaks in a language other than English, state what language you speak:

      Spanish.

5.    I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to
      pay for a lawyer, the lawyer may give this information to the Court.  yes.

6.    I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case
      may be dismissed.  yes.

7.    **I declare under penalty of perjury that the foregoing is true and correct.**

Dated:  2/21/2008

Signature

Hector Duran,  59914-054
Queens Private Detention Center
182 22 150 Avenue
Jamaica, New York   11413

*Rev. 05/2007*

Motion Denied.
Defendant represented in
Court hearing that the united counsel,
to continue with existing
3/4/08