Hector Duran, 59914-054
Queens Private Detention Center
182-22 150th Ave
Jamaica, NY 11413

February 22, 2008

Clerk
United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, NY 10007

RE: INDICTMENT ~~07-CR-00TT(AKH)~~ (07CR709(AKH))

Dear Court Cleark:

I've been under the impression that my attorney was provided to me by the Court as legal Aid. Can you please confirm for me that my attorney, Carlos A. Martir Jr., was assigned to me by the Court because I believe that he might of misrepresented himself to me as a Legal Aid attorney.

Thank you very much for your assistance in this matter and I look forward to your response.

Sincerely,
Hector Duran

*[Annotations in margin:]* Denied. See tr., 3/4/08
Alvin K. Hellerstein
3/5/08

*[Stamps:]* USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 3/5/08
RECEIVED MAR 03 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.